IDOC INMATE MAIL

U.S. POSTAGE PITNEY BOWES
ZIP 60403
02 1W
0001394077 MAR 22 2016
$ 007.35

From: Donald Haywood Ryan
Stateville CC
P.O. Box 112
Joliet, IL 60434

RECEIVED
MAR 23 2016 GN
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

16-cv-3566
Judge Amy J. St. Eve
Magistrate Judge Sidney I. Schenkier
PC4

To Office of Prisoner Correspondence
Clerk of the U.S. District Court
United States Court House
219 South Dearborn Street
Chicago IL 60604

Legal Mail

