| NO. | DOCUMENT |
|---|---|
| **Document Productions and Documents** ||
| 1. | All documents produced by Defendants (000001-0349458) |
| 2. | Documents acquired by Plaintiffs from the Vera Institute and produced in this case |
| 3. | IDOC February, 2019 Assignment History File |
| 4. | Segregation Programming Policy - Lawrence Correctional Facility (January 25, 2017) |
| 5. | Stateville Correctional Center's Warden's Bulletin #2016-49 (March 18, 2016) |
| 6. | Adjustments to DR 504 Disciplinary Procedures (undated) |
| **Articles and Textbooks** ||
| 7. | Agha, S., James Austin, & Angela Browne, Quantitative findings on use and outcomes of segregation in IL DOC. New York: Vera Institute of Justice, September 11, 2011 |
| 8. | Arrigo, B. & J. Bullock, The Psychological Effects of Solitary Confinement on Prisoners in Supermax Units: Reviewing What We Know and What Should Change, International Journal of Offender Therapy and Comparative Criminology, 52, 622-640 (2008) |
| 9. | Barte, H., L'Isolement Carceral, Perspectives Psychiatriques, 28, 252 (1989) |
| 10. | Bastian, B., & Haslam, N. (2010). Excluded from Humanity: The Dehumanizing Effects of Social Ostracism. Journal of Experimental Social Psychology, 46, 107-113 |
| 11. | Bauer, M., Stefan Priebe, Bettina Haring & Kerstin Adamczak, Long-Term Mental Sequelae of Political Imprisonment in East Germany, Journal of Nervous & Mental Disease, 181, 257-262 (1993) |
| 12. | Baumeister, R., & Leary, M. (1995). The need to belong: Desire for interpersonal attachments as a fundamental human motivation. Psychological Bulletin, 117, 497-529 |
| 13. | Beller, J., & Wagner, A. (2018). Loneliness, social isolation, their synergistic interaction, and mortality. Health Psychology, 37(9), 808-813 |
| 14. | Bidna, H., Effects of Increased Security on Prison Violence, Journal of Criminal Justice, 3, 33-46 (1975) |
| 15. | Briggs C., Sundt, J., Castellano, T., The effect of supermax security prisons on aggregate levels of institutional violence. Criminology, 41, 1341-1376 2003 |
| 16. | Brodsky, S. & Forrest Scogin, Inmates in Protective Custody: First Data on Emotional Effects, *Forensic Reports*, *1(4)*: 267-289 (1988) |

| NO. | DOCUMENT |
|---|---|
| 17. | Butter, S., Murphy, J., Shelvin, M., & Houston, J. (2017). Social isolation and psychosis-like experiences: A UK general population analysis. Psychosis: Psychological, Social and Integrative Approaches, 9(4), 291-300 |
| 18. | Cascio, C., Somatosensory Processes in Neurodevelopmental Disorders, Journal of Neurodevelopmental Disorders, 2, 62-69 (2010) |
| 19. | Cloyes, K., David Lovell, David Allen & Lorna Rhodes, Assessment of Psychosocial Impairment in a Supermaximum Security Unit Sample, Criminal Justice and Behavior, 33, 760-781 (2006) |
| 20. | Cohen, F., Illinois and *Rasho v. Walker*: A Permanent Injunction Issues, Correctional Mental Health Report, July/August, 19-20, 24-27 (2019) |
| 21. | Colvin, M., The penitentiary in crisis: From accommodation to riot in New Mexico. Albany, NY: State University of New York Press (1992) |
| 22. | Cooke, M. & Jeffrey Goldstein, Social Isolation and Violent Behavior, Forensic Reports, 2, 287-294 (1989) |
| 23. | Cormier, B. & Paul Williams, Excessive Deprivation of Liberty, Canadian Psychiatric Association Journal, 11, 470-484 (1966) |
| 24. | Coyle, & Dugan, (2012); and Elovainio, M., Hakulinen, C., Pulkki-Raback, L., et al. (2017). Contribution of risk factors to excess mortality in isolated and lonely individuals: An analysis of data from the U.K. Biobank cohort study. The Lancet Public Health, 2, e260-e266 |
| 25. | Dean, K., Wentworth, G., & LeCompte, N. (2016). Social exclusion and perceived vulnerability to physical harm. Self and Identity, 18(1), 87-102 |
| 26. | DeNiro, D. (1995). Perceived alienation in individuals with residual-type schizophrenia. Issues in Mental Health Nursing, 16(3), 185-200 |
| 27. | DeWall, C., et al. (2011). Belongingness as a Core Personality Trait: How Social Exclusion Influences Social Functioning and Personality Expression, Journal of Personality, 79, 979-1012 |
| 28. | DeWall, C., Looking Back and Forward: Lessons Learned and Moving Forward, in C. DeWall (Ed.), The Oxford Handbook of Social Exclusion (pp. 301-03). New York: Oxford University Press (2013) |
| 29. | Dobson, S., Upadhyaya, S., Conyers, I., & Raghavan, R., Touch in the Care of People with Profound and Complex Needs, Journal of Learning Disabilities, 6, 351-362 (2002) |
| 30. | Edwards, K., Some Characteristics of Prisoners Transferred from Prison to a State Mental Hospital, Behavioral Sciences and the Law, 6, 131-137 (1988) |

| NO. | DOCUMENT |
|---|---|
| 31. | Field, S., Touch Deprivation and Aggression Against Self Among Adolescents, in Stoff, D. & Susman, E. (Ed.), <u>Developmental psychobiology of aggression</u> (117-140). New York: Cambridge (2005) |
| 32. | Field, T., Deprivation and Aggression Against Self Among Adolescents. In D. Stoff & E. Susman (Eds.), <u>Developmental Psychobiology of Aggression</u> (pp. 117-40). New York: Cambridge (2005) |
| 33. | Field, T., Violence and Touch Deprivation in Adolescents, <u>Adolescence</u>, <u>37</u>, 735-749 (2002) |
| 34. | Fiorillo, D., & Fabio Sabatini, F. (2011). Quality and Quantity: The Role of Social Interactions in Self-Reported Individual Health. <u>Social Science & Medicine</u>, <u>73</u>, 1644-1652 |
| 35. | Fischer, A. Manstead, & R. Zaalberg, Social Influences on the Emotion Process, in M. Hewstone & W. Stroebe (Eds.), <u>European Review of Social Psychology</u> (pp. 171-202). Volume 14. Wiley Press (2004) |
| 36. | Foster, D., <u>Detention & Torture in South Africa: Psychological, Legal & Historical Studies,</u> Cape Town: David Philip (1987) |
| 37. | Fratiglioni, L., Wang, H., Ericsson, K., Maytan, M., & Winblad, B. (2000). Influence of social network on occurrence of dementia: A community-based longitudinal study. <u>Lancet</u>, <u>355,</u> 1315-1319 |
| 38. | Frietas, B., Antoniazzi, V., dos Santos, C., et al. (2019). Social isolation and social support at adulthood affect epigenetic mechanisms, brain-derived neurotrophic factor levels and behavior of chronically stressed rats. *Behavioural Brain Research, 366*, 36-44 |
| 39. | Garety, P., Kuipers, E., Fowler, D., Freeman, D., & Bebbington, P. (2001). A cognitive model of the positive symptoms of psychosis. <u>Psychological Medicine</u>, <u>31(2),</u> 189-195 |
| 40. | Ge, L., Chun, W., Ong, R., & Heng, B. (2017). Social isolation, loneliness and their relationship with depressive symptoms: A population-based study. <u>PLoS ONE</u>, <u>12(8),</u> e0182145 https://doi.org/10.1371/journal.pone.0182145 |
| 41. | Gendreau, P., N. Freedman, G. Wilde, & George Scott, Changes in EEG Alpha Frequency and Evoked Response Latency During Solitary Confinement, <u>Journal of Abnormal Psychology</u>, <u>79</u>, 54-59 (1972) |
| 42. | Goetz, J., Keltner, D., & Simon-Thomas, E., Compassion: An Evolutionary Analysis and Empirical Review, <u>Psychological Bulletin</u>, <u>136</u>, 351-374 (2010) |
| 43. | Goldsmith, S., Pellmar, T., Kleinman, A., & Bunney, W. (2002). <u>Reducing suicide: A national imperative.</u> Washington, DC: National Academy Press |
| 44. | Gong, Y., Tong, L., Yang, R., et al. (2018). Dynamic changes in hippocampal microglia contribute to depressive behavior induced by early social isolation. <u>Neuropharmacology</u>, <u>135,</u> 223-233 |

| NO. | DOCUMENT |
|---|---|
| 45. | Grassian, S., Psychiatric Effects of Solitary Confinement, Washington University Journal of Law & Policy, 22, 325-383 (2006) |
| 46. | Hafner, S., et al., Association Between Social Isolation and Inflammatory Markers in Depressed and Non-depressed Individuals: Results from the MONICA/KORA Study, Brain, Behavior, and Immunity, 25, 1701-1707 (2011) |
| 47. | Haney, C. & Mona Lynch, Regulating Prisons of the Future: The Psychological Consequences of Solitary and Supermax Confinement, New York Review of Law & Social Change, 23, 477-570 (1997) |
| 48. | Haney, C. & Philip Zimbardo, Persistent Dispositionalism in Interactionist Clothing: Fundamental Attribution Error in Explaining Prison Abuse, Personality and Social Psychology Bulletin, 35, 807-814 (2009) |
| 49. | Haney, C. & Philip Zimbardo, The Socialization into Criminality: On Becoming a Prisoner and a Guard, in Law, Justice, and the Individual in Society: Psychological and Legal Issues. (J. Tapp and F. Levine, eds., 1977) |
| 50. | Haney, C., Curtis Banks & Philip Zimbardo, Interpersonal Dynamics in a Simulated Prison, 1 International Journal of Criminology and Penology 69 (1973) |
| 51. | Haney, C., Demonizing the "Enemy": The Role of Science in Declaring the "War on Prisoners," Connecticut Public Interest Law Review, 9, 139-196 (2010) |
| 52. | Haney, C., Infamous Punishment: The Psychological Effects of Isolation, 8 National Prison Project Journal 3 (1993); Craig Haney, Psychology and Prison Pain: Confronting the Coming Crisis in Eighth Amendment Law, Psychology, Public Policy, and Law, 3, 499-588 (1997) |
| 53. | Haney, C., Mental Health Issues in Long-Term Solitary and "Supermax" Confinement. Crime & Delinquency, 49, 124-156 (2003) |
| 54. | Haney, C., On Mitigation as Counter-Narrative: A Case Study of the Hidden Context of Prison Violence, University of Missouri-Kansas City Law Review, 77, 911-946 (2009) |
| 55. | Haney, C., Prison Effects in the Age of Mass Imprisonment, The Prison Journal, 92, 1-24 (2012) |
| 56. | Haney, C., Restricting the Use of Solitary Confinement, Annual Review of Criminology, 1, 285-310 (2018) |
| 57. | Haney, C., The Consequences of Prison Life: Notes on the New Psychology of Prison Effects, in D. Canter & R. Zukauskiene (Eds.), Psychology and Law: Bridging the Gap (pp. 143-165). Burlington, VT: Ashgate Publishing (2008) |
| 58. | Haney, C., The Perversions of Prison: On the Origins of Hypermasculinity and Sexual Violence in Confinement, American Criminal Law Review, 48, 121-141 (2011) [Reprinted in: S. Ferguson (Ed.), Readings in Race, Ethnicity, Gender and Class. Sage Publications (2012)] |

| NO. | DOCUMENT |
|---|---|
| 59. | Haney, C., The Psychological Effects of Solitary Confinement: A Systematic Critique, Crime and Justice, 47, 365-416 (2018) |
| 60. | Hawkley, L., & Cacioppo, J. (2010). Loneliness matters: A theoretical and empirical review of consequences and mechanisms. Annals of Behavioral Medicine, 40, 218-227 |
| 61. | Hayes, L., National Study of Jail Suicides: Seven Years Later. Special Issue: Jail Suicide: A Comprehensive Approach to a Continuing National Problem, Psychiatric Quarterly, 60, 7 (1989) |
| 62. | Heinrich, L., & Gullone, E. (2006). The clinical significance of loneliness: A literature review. Clinical Psychology Review, 26, 695-718 |
| 63. | Hertenstein, M., & Weiss, S. (Eds.), The Handbook of Touch: Neuroscience, Behavioral, and Health Perspectives. New York: Springer (2011) |
| 64. | Hertenstein, M., Keltner, D., App, B., Bulleit, B, & Jaskolka, A., Touch Communicates Distinct Emotions. Emotion, 6, 528-533 (2006) |
| 65. | Holt-Lunstad, J., Smith, T. B., & Layton, B. (2010). Social relationships and mortality risk: A meta-analytic review. PLoS Medicine, 7, 1–20 |
| 66. | Holt-Lunstad, J., Smith, T. B., Baker, M., Harris, T., & Stephenson, D. (2015). Loneliness and social isolation as risk factors for mortality: A meta-analytic review. Perspectives on Psychological Science, 10, 227–237 |
| 67. | Environmental Enrichment for Nonhuman Primates at http://www.iacuc.emory.edu/documents/policies/360_Environmental_\Enrichment_for_Nonhuman_Primates.pdf |
| 68. | Johnson, E., Felon Self-Mutilation: Correlate of Stress in Prison, in Bruce L. Danto (Ed.) Jail House Blues. Michigan: Epic Publications (1973) |
| 69. | Jones, A., Self-Mutilation in Prison: A Comparison of Mutilators and Nonmutilators, Criminal Justice and Behavior, 13, 286-296 (1986) |
| 70. | Karremans, J., et al. (2011). Secure Attachment Partners Attenuate Neural Responses to Social Exclusion: An fMRI Investigation. International Journal of Psychophysiology, 81, 44-50 (2011) |
| 71. | Kelman, H., Violence Without Restraint: Reflections on the Dehumanization of Victims and Victimizers. In G. Kren & L. Rappaport (Eds.), Varieties of Psychohistory (pp. 282-314). New York: Springer (1976) |
| 72. | Koch, I., Mental and Social Sequelae of Isolation: The Evidence of Deprivation Experiments and of Pretrial Detention in Denmark, in The Expansion of European Prison Systems, Working Papers in European Criminology, No. 7, 119 (Bill Rolston & Mike Tomlinson eds. 1986) |

| NO. | DOCUMENT |
|---|---|
| 73. | Kratcoski, P., The Implications of Research Explaining Prison Violence and Disruption, Federal Probation, 52, 27-32 (1988) |
| 74. | Leigh-Hunt, N., Bagguley, D., Bash, K., et al. (2017). An overview of systematic reviews on the public health consequences of social isolation and loneliness. Public Health, 152, 157-171 |
| 75. | Lieberman, M., Social: Why Our Brains Are Wired to Connect. New York: Random House (2013) |
| 76. | Liebling, A., Prison Suicide and Prisoner Coping, Crime and Justice, 26, 283-359 (1999) |
| 77. | Liebling, A., Vulnerability and Prison Suicide, British Journal of Criminology, 36, 173-187 (1995) |
| 78. | Lippman, M., The Development and Drafting of the United Nations Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, 27 Boston College International & Comparative Law Review, 27, 275 (1994) |
| 79. | Marcus, A., Illescas, A., Hohl, B., & Llanos, A. (2017). Relationships between social isolation, neighborhood poverty, and cancer mortality in a population-based study of US adults. PLoS ONE, 12(3), e0173370. doi: 10.1371/journal.pone.0173370 |
| 80. | Mgutshini, T. (2010). Risk factors for psychiatric re-hospitalization: An exploration. International Journal of Mental Health Nursing, 19(4), 257-267 |
| 81. | Moore, E., A Prison Environment: Its Effect on Health Care Utilization, Dissertation Abstracts, Ann Arbor, Michigan (1980) |
| 82. | Morris, R., Exploring the effect of exposure to short-term solitary confinement among violent prison inmates. Journal of Quantitative Criminology, 32, 1-22 (2016) |
| 83. | National Seniors Council. (2014). Report on the social isolation of seniors 2013-2014. Retrieved from http://www.seniorscouncil.gc.ca/eng/research_publications/social_isolation/page00.html |
| 84. | National Seniors Council. (2017). Who's at risk and what can be done about it? A review of the literature on the social isolation of different groups of seniors. Retrieved from https://www.canada.ca/en/national-seniors-council/programs/publications-reports/2017/review-social-isolation-seniors.html |
| 85. | Pantell, M., Rehkopf, D., Jutte, D., et al. (2013). Social isolation: A predictor of mortality comparable to traditional clinical risk factors. American Journal of Public Health, 30, 241-256 |
| 86. | Patterson, R., & Kerry Hughes, Review of Completed Suicides in the California Department of Corrections and Rehabilitation, 1999-2004, Psychiatric Services, 59, 676-682 (2008) |
| 87. | Porporino, F., Managing Violent Individuals in Correctional Settings, Journal of Interpersonal Violence, 1, 213-237 (1986) |

| NO. | DOCUMENT |
|---|---|
| 88. | Pressman, S., Cohen, S., Miller, G., et al., (2005). Loneliness, social network size, and immune response to influenza vaccination in college freshmen. Health Psychology, 24, 297-306 |
| 89. | Reiter, K., Parole, snitch, or die: California's supermax prisons and prisoners, 1997-2007. Punishment & Society, 14, 530-563 (2012) |
| 90. | Reiter-Scheidl, K., Poapousek, I., Lackner, H., et al. (2018). Aggressive behavior after social exclusion is linked with the spontaneous initiation of more action-oriented coping immediately following the exclusion episode. Physiology & Behavior, 195, 142-150 |
| 91. | Richardson, C., Oar, E., Fardouly, J. et al. (2019). The moderating role of sleep in the relationship between social isolation and internalising problems in early adolescence. Child Psychiatry & Human Development, 1-10 https://doi.org/10.1007/s10578-019-00901-9 |
| 92. | Saarni, C., The Development of Emotional Competence. New York: Guilford Press (1999) |
| 93. | Sarnoff, I. & Philip Zimbardo, Anxiety, Fear, and Social Affiliation, Journal of Abnormal Social Psychology, 62, 356-363 (1961) |
| 94. | Schachter, S. & Jerome Singer, Cognitive, Social, and Physiological Determinants of Emotional State, Psychological Review, 69, 379-399 (1962) |
| 95. | Schachter, S., The Psychology of Affiliation: Experimental Studies of the Sources of Gregariousness. Stanford, CA: Stanford University Press (1959) |
| 96. | Scott, G. & Paul Gendreau, Psychiatric Implications of Sensory Deprivation in a Maximum Security Prison, Canadian Psychiatric Association Journal, 12, 337-341 (1969) |
| 97. | Shalev, S., Supermax: Controlling risk through solitary confinement. Cullompton, UK: Willan Publishing (2009) |
| 98. | Shallice, T., Solitary Confinement—A Torture Revived? New Scientist, November 28, 1974 |
| 99. | Shankar, A., Hamer, M., McMunn, A., & Steptoe, A. (2013). Social isolation and loneliness: Relationships with cognitive function during 4 years of follow-up in the English Longitudinal Study of Ageing. Psychosomatic Medicine, 75, 161-170 |
| 100. | Smith, P., The Effects of Solitary Confinement on Prison Inmates: A Brief History and Review of the Literature, in Michael Tonry (Ed.), Crime and Justice (pp. 441-528). Volume 34. Chicago: University of Chicago Press (2006) |
| 101. | Somnier, F.E. & I.K. Genefke, Psychotherapy for Victims of Torture, British Journal of Psychiatry, 149, 323-329 (1986) |
| 102. | Steinke, P., Using Situational Factors to Predict Types of Prison Violence, 17 Journal of Offender Rehabilitation, 17, 119-132 (1991) |

| NO. | DOCUMENT |
|---|---|
| 103. | Stellar, J., & Keltner, D., Compassion, in Tugade, M., Shiota, M., & Kirby, L. (Eds.), Handbook of Positive Emotions (pp. 329-41). New York: Guilford (2014) |
| 104. | Stevenson, J., McMahon, E., Boner, W., & Haussmann, M. (2019). Oxytocin administration prevents cellular aging caused by social isolation. Psychoneuroendrocrinology, 103, 52-60 |
| 105. | Stewart, P., Second Annual report of Monitor Pablo Stewart, M.D., *Rasho v. Baldwin*, No. 1-07-CV-1298-MMM-JEH, June 8, 2018. |
| 106. | Stiglitz, J., Sen, A., Fitoussi, J., et al. (2008). Report by the Commission on the Measurement of Economic Performance and Social Progress. Paris, France: The Commission http://ec.europa.eu/eurostat/documents/118025/118123/Fitoussi+Commission+report |
| 107. | Sullivan, H., The Illusion of Personal Individuality, Psychiatry, 12, 317-332 (1971) |
| 108. | Sundt, J., Castellano, T., & Briggs, C., The sociopolitical context of prison violence and its effect in Illinois. Prison Journal, 88, 94-122 (2008) |
| 109. | Syrjamaki, A., & Hietanen, J., (2018). The effects of social exclusion on processing of social information—A cognitive psychology perspective. British Journal of Social Psychology, DOI:10.1111/bjso.12299 |
| 110. | Tanskanen, J., & Anttila, T. (2016). A prospective study of social isolation, loneliness, and mortality in Finland. American Journal of Public Health, 106(11), 2042-2048 |
| 111. | Thornicroft, G. (1991). Social Deprivation and Rates of Treated Mental Disorder: Developing Statistical Models to Predict Psychiatric Service Utilisation, British Journal of Psychiatry, 158, 475-484 |
| 112. | Tiedens, L. & C. Leach (Eds.), The Social Life of Emotions. New York: Cambridge University Press (2004); and S. Truax, Determinants of Emotion Attributions: A Unifying View, Motivation and Emotion, 8, 33-54 (1984) |
| 113. | Toch, H., Men in Crisis: Human Breakdowns in Prisons. Aldine Publishing Co.: Chicago (1975) |
| 114. | Twenge, J., Catanese, K., & Baumeister, R. (2003). Social Exclusion and the Deconstructed State: Time Perception, Meaninglessness, Lethargy, Lack of Emotion, and Self Awareness. Journal of Personality and Social Psychology, 85, 409-423 (2003) |
| 115. | van Beljouw, I. M., van Exel, E., de Jong Gierveld, J., Comijs, H. C., Heerings, M., Stek, M.L., et al. (2014). "Being all alone makes me sad": Loneliness in older adults with depressive symptoms. International Psychogeriatrics, 9, https://doi.org/10.1017/S1041610214000581 1-11.1 |

| NO. | DOCUMENT |
|---|---|
| 116. | Volkart, R., Adolf Dittrich, Thomas Rothenfluh, & Paul Werner, Eine Kontrollierte Untersuchung uber Psychopathologische Effekte der Einzelhaft (A controlled investigation on psychopathological effects of solitary confinement), Psychologie - Schweizerische Zeitschrift fur Psychologie und ihre Anwendungen, 42, 25-46 (1983) |
| 117. | Volkart, R., Einzelhaft: Eine Literaturubersicht (Solitary confinement: A literature survey), Psychologie - Schweizerische Zeitschrift fur Psychologie und ihre Anwendungen, 42, 1-24 (1983) |
| 118. | Volkart, R., et al., Einzelhaft als Risikofaktor fur Psychiatrische Hospitalisierung (Solitary confinement as a risk for psychiatric hospitalization), Psychiatria Clinica, 16, 365-377 (1983) |
| 119. | Waligora, B., Funkcjonowanie Czlowieka W Warunkach Izolacji Wieziennej (How men function in conditions of penitentiary isolation), Seria Psychologia I Pedagogika NR 34, Poland (1974) |
| 120. | Walters, R., John E. Callagan & Albert F. Newman, Effect of Solitary Confinement on Prisoners, American Journal of Psychiatry, 119, 771-773 (1963) |
| 121. | Wang, J., Lloyd-Evans, B., Giacco, D. et al. (2017). Social isolation and mental health: A conceptual and methodological review. *Social* Psychiatry and Psychiatric Epidemiology, 52, 1451-1461 |
| 122. | Weiss, R., The Attachment Bond in Childhood and Adulthood, in C. Parkes, J. Stevenson-Hinde, & P. Marris (Eds.), Attachment Across the Life Cycle (66-76). London: Routledge (1995) |
| 123. | White, R., Bebbington, P., Person, J., Johnson, S., & Ellis, D. (2000). The social context of insight in schizophrenia. Social Psychiatry and Psychiatric Epidemiology, 35(11), 500-507 |
| 124. | Whittaker, S., Counseling Torture Victims, The Counseling Psychologist, 16, 272-278 (1988) |
| 125. | Wooldredge, J., Inmate Experiences and Psychological Well-Being, Criminal Justice and Behavior, 26, 235-250 (1999) |
| 126. | Wu, W., Yamaura, T., Murakami, K., et al. (2000). Social isolation stress enhances liver metastasis of murine colon 26-L5 carcinoma cells by suppressing immune response in mice. Life Sciences, 66, 1827-1838 |
| 127. | Zimbardo. P. & Robert Formica, Emotional Comparison and Self-Esteem as Determinants of Affiliation, Journal of Personality, 31, 141-162 (1963) |
| 128. | Zorzo, C., Mendez-Lopez, M., Mendez, M., & Arias, J. (2018). Adult social isolation leads to anxiety and spatial memory impairment: Brain activity pattern of COx and c-Fos. Behavioural Brain Research, 365, 170-177 |
| **Case Law** | |
| 129. | *Brown v. Plata*, 563 U.S. 493 (2011) |

| NO. | DOCUMENT |
|---|---|
| 130. | *Ind. Protection and Advocacy Comm'n v. Comm'r, Ind. Dep't of Corr.*, No. 1:08-CV-01317-TWP, 2012 WL 6738517 (S.D. Ind. 2012) |
| 131. | *Jones'El v. Berge*, 164 F. Supp.2d 1096 (W.D. Wisc. 2001) |
| 132. | *Madrid v. Gomez*, 889 F.Supp. 1146 (N.D. Cal. 1995) |
| 133. | *Rasho v. Walker*, 2018 WL 2392847 (C.D. Ill. 2018) |
| 134. | *Ruiz v. Johnson*, 37 F.Supp.2d 855 (S.D. Tex. 1999) |
| **Codes** | |
| 135. | 20 Ill. Admin. Code §§ 504.130, 504.620(i) |
| 136. | 20 Ill. Admin. Code Sec. 504, Table A, online at: http://www.ilga.gov/commission/jcar/admincode/020/02000504ZZ9998aR.html |
| 137. | 20 Ill. Admin. Code Sec. 504.130(a)(3), available on line here: http://www.ilga.gov/commission/jcar/admincode/020/020005040A01300R.html |
| 138. | 20 Ill. Admin. Code Sec. 504.670(a) |
| 139. | 20 Ill. Admin. Code Sec. 504.690 |
| **Declarations** | |
| 140. | Declaration of Matthew R. DalSanto |
| **Depositions** | |
| 141. | Deposition of Mike Atchison with exhibits (October 22, 2018) |
| 142. | Deposition of James Austin, Ph.D. with exhibits (October 2, 2017) |
| 143. | Deposition of John Baldwin with exhibits (October 17, 2018) |
| 144. | Deposition of Kimberly Butler with exhibits (October 15, 2018) |
| 145. | Deposition of Douglas Coleman with exhibits (June 27, 2018) |
| 146. | Deposition of Percell Dansberry with exhibits (June 27, 2018) |
| 147. | Deposition of Henry Davis with exhibits (June 26, 2018) |
| 148. | Deposition of Aaron Fillmore with exhibits (June 26, 2018) |

| NO. | DOCUMENT |
|---|---|
| 149. | Deposition of Sandra Funk with exhibits (October 12, 2018) |
| 150. | Deposition of DeShawn Gardner with exhibits (June 26, 2018) |
| 151. | Deposition of Randy Pfister with exhibits (October 23, 2018) |
| 152. | Deposition of Kilsey Shearrill with exhibits (January 26, 2018) |
| 153. | Deposition of Sara Sullivan with exhibits (September 15, 2017) |
| 154. | Deposition of Gladyse Taylor with exhibits (October 18, 2018) |
| **Discovery Responses** | |
| 155. | Aaron Fillmore's Responses to Defendant's First Set of Interrogatories (December 12, 2016) |
| 156. | DeShawn Gardner's Responses to Defendant's First Set of Interrogatories (December 12, 2016) |
| 157. | Douglas Coleman's Responses to Defendant's First Set of Interrogatories (December 12, 2016) |
| 158. | Henry Davis's Responses to Defendant's First Set of Interrogatories (December 12, 2016) |
| 159. | Jerome Jones's Responses to Defendant's First Set of Interrogatories (December 12, 2016) |
| 160. | Percell Dansberry's Responses to Defendant's First Set of Interrogatories (December 12, 2016) |
| 161. | Plaintiffs' Objections to Defendant Interrogatories (December 12, 2016) |
| 162. | Defendant's Objections to Plaintiffs' First Set of Interrogatories (January 13, 2017) |
| 163. | Defendant's Answers to Plaintiffs' First Interrogatories (February 17, 2017) |
| 164. | Defendant's First Supplemental Answers to First Set of Interrogatories (March 7, 2017) |
| 165. | Defendant's Second Supplemental Answers to Plaintiffs' First Set of Interrogatories (April 11, 2017) |
| 166. | Supplemental Interrogatory Responses of Aaron Fillmore (June 20, 2017) |
| 167. | Supplemental Interrogatory Responses of Jerome Jones (June 20, 2017) |

| NO. | DOCUMENT |
|---|---|
| 168. | Defendant's Third Supplemental Responses to Plaintiffs' First Set of Interrogatories (January 24, 2018) |
| 169. | Defendant's Supplemental Responses to Plaintiffs' First Set of Interrogatories (January 30, 2018) |
| 170. | 2018.02.26 Defendants' Answers to Plaintiffs' First Set of Requests for Admission (February 26, 2018) |
|  | **Master Files of Listed Prisoners** |
| 171. | ███ |
| 172. | ███ |
| 173. | ███ |
| 174. | ███ |
| 175. | ███ |
| 176. | ███ |
| 177. | ███ |
| 178. | ███ |
| 179. | ███ |
| 180. | ███ |
| 181. | ███ |
| 182. | ███ |
| 183. | ███ |
| 184. | ███ |
| 185. | ███ |
| 186. | ███ |
| 187. | ███ |
| 188. | ███ |
| 189. | ███ |
| 190. | ███ |
| 191. | ███ |
| 192. | ███ |
| 193. | ███ |
| 194. | ███ |
| 195. | ███ |
| 196. | ███ |
| 197. | ███ |
| 198. | ███ |
| 199. | ███ |
| 200. | ███ |
| 201. | ███ |
| 202. | ███ |
| 203. | ███ |

| NO. | DOCUMENT |
|---|---|
| 204. | |
| 205. | |
| 206. | |
| 207. | |
| 208. | |
| 209. | |
| 210. | |
| 211. | |
| 212. | |
| 213. | |
| 214. | |
| 215. | |
| 216. | |
| 217. | |
| 218. | |
| 219. | |
| 220. | |
| 221. | |
| 222. | |
| 223. | |
| 224. | |
| 225. | |
| 226. | |
| 227. | |
| 228. | |
| 229. | |
| 230. | |
| 231. | |
| 232. | |
| 233. | |
| 234. | |
| 235. | |
| 236. | |
| 237. | |
| 238. | |
| 239. | |
| 240. | |
| 241. | |
| 242. | |
| 243. | |
| 244. | |
| 245. | |

| NO. | DOCUMENT |
|---|---|
| 246. | |
| 247. | |
| 248. | |
| 249. | |
| 250. | |
| 251. | |
| 252. | |
| 253. | |
| 254. | |
| 255. | |
| 256. | |
| 257. | |
| 258. | |
| 259. | |
| 260. | |
| 261. | |
| 262. | |
| 263. | |
| 264. | |
| 265. | |
| 266. | |
| 267. | |
| 268. | |
| 269. | |
| 270. | |
| 271. | |
| 272. | |
| 273. | |
| 274. | |
| 275. | |
| 276. | |
| 277. | |
| 278. | |
| 279. | |
| 280. | |
| 281. | |
| 282. | |
| 283. | |
| 284. | |
| 285. | |
| 286. | |
| 287. | |

| NO. | DOCUMENT |
|---|---|
| 288. | ■ |
| 289. | ■ |
| 290. | ■ |
| 291. | ■ |
| 292. | ■ |
| 293. | ■ |
| 294. | ■ |
| 295. | ■ |
| 296. | ■ |
| 297. | ■ |
| 298. | ■ |
| 299. | ■ |
| 300. | ■ |
| 301. | ■ |
| 302. | ■ |
| 303. | ■ |
| 304. | ■ |
| 305. | ■ |
| 306. | ■ |
| 307. | ■ |
| 308. | ■ |
| 309. | ■ |
| 310. | ■ |
| 311. | ■ |
| 312. | ■ |